# EXHIBIT A

|  | IN THE CIRCUIT COURT OF THE 11th JUDICIAL CIRCUIT IN AND FOR MIAMI-DADE COUNTY, FLORIDA |
|---|---|

BRENDA BALLESTEROS,
an individual;

    Plaintiff,                                      CASE NO.:

v.

Izabella Achcar-Rodrigues,
an individual;
TARGET CORPORATION,
a Minnesota Corporation,

    Defendants.
_____/

## COMPLAINT FOR DAMAGES

Plaintiff, Brenda Ballesteros, by and through her undersigned attorneys, sues the Defendants, Izabella Achcar-Rodrigues and Target Corporation, and alleges as follows:

## GENERAL ALLEGATIONS

1. Plaintiff Brenda Ballesteros ("Ballesteros") is a resident of Miami-Dade County, Florida, over the age of 18 and otherwise *sui juris*.

2. Defendant Izabella Achcar-Rodrigues ("Achcar-Rodrigues") is a resident of Miami-Dade County, Florida, over the age of 18 and otherwise *sui juris*.

3. Defendant Target Corporation is a Minnesota corporation conducting continuous business in Miami-Dade County, Florida.

4. The incident which is the subject of this action occurred in Miami-Dade County, Florida.

5. The amount in controversy exceeds $30,000.00, absent attorney fees, costs and interest.

6. All conditions precedent to filing suit have been met or waived.

## FACTS

7. At all times material, Defendant Target Corporation owned and/or was in possession of, and exercised control over, the property located at 10101 West Flagler Street, Miami, Florida 33174.

8. At all times material, Defendant Target Corporation, owned and/or operated the business located at 10101 West Flagler Street, Miami, Florida 33174.

9. At all times material, Defendant Achcar-Rodrigues was the store manager of the business owned and/or operated by Defendant Target Corporation at 10101 West Flagler Street, Miami, Florida 33174.

10. On October 5, 2019, Plaintiff Ballesteros was on the premises of the business located at 10101 West Flagler Street, Miami, Florida 33174, as a lawful business invitee of the Defendants.

11. While on the premises, Plaintiff Ballesteros slipped and fell due to a substance of the floor of the business.

## COUNT I – NEGLIGENCE AGAINST DEFENDANT ACHCAR-RODRIGUES

Plaintiff re-alleges paragraphs 1-11 and states as follows:

12. Defendant Achcar-Rodrigues, as store manager, had a duty to provide business invites with a reasonably safe property, premises and/or business, to inspect and maintain the property, premises and/or business, and to request and authorize repair and maintenance to the property, premises and/or business, such that his business invites would be free from dangerous conditions.

13. Defendant Achcar-Rodrigues, as store manager, breached these duties by:

   a. Failing to prevent reasonably foreseeable injuries and creating a foreseeable risk of harm to business invitees by failing to inspect the property, premises and/or business; and/or

   b. Failing to prevent reasonably foreseeable injuries and creating a foreseeable risk of harm to business invitees by failing to properly maintain the property, premises and/or business; and/or

   c. Failing to adequately warn the Plaintiff of the dangerous condition that existed on the property, premises and/or business that she knew or should have known of; and/or

    d. Failing to adequately remedy a dangerous condition on the property, premises and/or business or otherwise fix it; and/or

    e. Failing to properly train and supervise employees of the Defendants to adequately inspect the property, premises and/or business; and/or

    f. Failing to properly train and supervise employees of the Defendants to adequately maintain the property, premises and/or business; and/or

    g. Failing to properly train and supervise employees of the Defendants to warn business invitees of dangerous conditions that they knew or should have known of on the property, premises and/or business.

14. As a result of Defendant Achcar-Rodrigues's negligence, Plaintiff Ballesteros slipped and fell as described in paragraph 11.

15. As a direct and proximate result of Defendant Achcar-Rodrigues's negligence, Plaintiff Ballesteros was caused to suffer significant bodily injury, pain and suffering, disability, physical impairment, disfigurement, mental anguish, inconvenience, and loss of the capacity for enjoyment of life experienced in the past and to be experienced in the future. Plaintiff Ballesteros has further incurred the expense of hospitalization, medical and nursing care, and treatment both in the past and into the future, lost earnings in the past and loss of the ability to earn money in the future, and aggravation of a previously existing condition.

WHEREFORE, Plaintiff Ballesteros demands judgment for damages against Defendant Achcar-Rodrigues plus costs, pre-judgment interest and post-judgment interest, both past and future lost wages, repair costs or replacement costs for the damaged property, and any other remedy this Court may deem appropriate.

### COUNT II – NEGLIGENCE AGAINST DEFENDANT TARGET CORPORATION

Plaintiff re-alleges paragraphs 1-11 and states as follows:

16. Defendant Target Corporation, by and through its employees, agents, representatives and servants, had a duty to maintain the subject property, premises and/or business in a reasonably safe condition for business invitees.

17. Defendant Target Corporation, by and through its employees, agents, representatives and servants, breached its duty by:

    a. Failing to maintain the subject property, premises and/or business in a reasonably safe condition; and/or

    b. Failing to exercise reasonable care in performing cleaning and maintenance of the subject property, premises and/or business; and/or

    c. Creating an unreasonably dangerous condition; and/or

    d. Failing to warn, by sign or otherwise, as to the existence of a dangerous condition that Defendant knew or should have known of; and/or

    e. Failing to remedy a dangerous condition that Defendant knew or should have known of; and/or

    f. Failing to adopt and implement adequate policies, procedures, protocols, standards and guidelines to prevent and/or remedy a dangerous condition on the subject property, premises and/or business; and/or

    g. Failing to hire, retain, supervise, instruct and train employees, agents, representatives and servants with regards to warning of dangerous conditions, preventing dangerous conditions, correcting dangerous conditions, and maintaining, inspecting and cleaning the subject property, premises and/or business.

18. Defendant Target Corporation knew, or should have known, that its property, premises and/or business were unsafe and not maintained in a reasonably safe condition for its business invitees.

19. As a result of Defendant Target Corporation's negligence, Plaintiff Ballesteros slipped and fell as described in paragraph 11.

20. As a direct and proximate result of Defendant Target Corporation's negligence, Plaintiff Ballesteros was caused to suffer significant bodily injury, pain and suffering, disability, physical impairment, disfigurement, mental anguish, inconvenience, and loss of the capacity for enjoyment of life experienced in the past and to be experienced in the future. Plaintiff Ballesteros has further incurred the expense of hospitalization, medical and nursing care, and treatment both in the past and into the future, lost earnings in the past and loss of the ability to earn money in the future, and aggravation of a previously existing condition.

WHEREFORE, Plaintiff Ballesteros demands judgment for damages against Defendant Target Corporation, plus costs, pre-judgment interest and post-judgment interest, both past and future lost wages, repair costs or replacement costs for the damaged property, and any other remedy this Court may deem appropriate.

## **PLAINTIFF'S REQUEST FOR JURY TRIAL**

Plaintiff hereby requests a trial by jury on all issues so triable.

Submitted this 5 day of October, 2021.

Respectfully submitted,

By: /s/ Michael S. Lotto
Gregory C. Ward, Esq.
Florida Bar No. 185949
Michael Lotto, Esq.
Florida Bar No. 105335
The Ward Law Group, PL
7975 NW 154th Street, Suite 306
Miami Lakes, Florida 33016
Telephone (305) 209-0613
*Counsel for Plaintiff*